Argued August 21, affirmed August 21, 1972

STATE OF OREGON, *Respondent, v.* DONALD
D. BRAWNER (No. C 71-08-2347 Cr), *Appellant.*

500 P2d 276

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Walter L. Barrie,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.